**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

J.A.M.,                                                          :
                                                                 :
                               Petitioner,        :
                                                                 :
               -against-                                  :
                                                                 :                    ORDER TO SHOW CAUSE
                                                                 :
KENNETH GENALO, *in his official capacity as Field*   :        ────────────────────
*Office Director of New York, Immigration and Customs*   :
*Enforcement*; PAUL ARTETA, *in his official capacity as* :        26 Civ. 5801 (GBD)
*Warden of the Orange County Correctional Facility;*   :
DAVID J. VENTURELLA, *in his official capacity as*   :
*Senior Official Performing the Duties of the Director of* :
*U.S. Immigration and Customs Enforcement*;   :
MARKWAYNE MULLIN, *in his official capacity as*   :
*Secretary of Homeland Security*; and TODD BLANCHE, :
*in his official capacity as Acting Attorney General,*   :
                                                                 :
                               Respondents.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

Upon consideration of Petitioner's Petition for Writ of Habeas Corpus pursuant to

28 U.S.C. § 2241, IT IS HEREBY ORDERED that:

1. Respondents are ordered to file a return on the Order to Show Cause why the Petition for

   Writ of Habeas Corpus should not be granted by **July 13, 2026**. *See* 28 U.S.C. § 2243.

2. Petitioner shall have an opportunity to reply by **July 15, 2026**.

3. The parties are further ordered to appear before this court for a hearing on the petition on

   **July 22, 2026, at 9:30 a.m.** in Courtroom 11A, Daniel Patrick Moynihan United States

   Courthouse, 500 Pearl Street, New York, New York 10007.

4. To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be

   removed from the United States absent further order of this Court. *See, e.g., Khalil v.*

   *Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing

cases); *see also, e.g., Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

5. **Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.** *See, e.g., Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a habeas petitioner's transfer pending adjudication of his petition); *see also, e.g., Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

6. By July 10, 2026, Petitioner's counsel is directed to serve Respondents with a copy of the Habeas Petition and accompanying papers, along with a copy of this Order and promptly file proof of such service on the docket. In the meantime, the Habeas Petition and this Order will be emailed to the Civil Divion of the U.S. Attorney's Office for the Southern District of New York at the following email addresses: Jeffrey.Oestericher@usdoj.gov, pierre.arman@usdoj.gov, christine.poscablo@usdoj.gov.

Dated: July 9, 2026
New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge

2